UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LESLIE MERCADO,**
      Plaintiffs,

v.

**UNITED STATES OF AMERICA,**
      Defendant.

CIVIL ACTION

NO.  24-10006-IT

### ORDER OF DISMISSAL

**TALWANI, J.**

In accordance with the Court's ORDER dated July 17, 2024, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

July 17, 2024
Date

/s/ Daniel C. Hohler
Deputy Clerk